## BRAZILE *v.* DROLSHAGEN ET AL.

[No. 12,448.    Filed December 15, 1925.]

From Industrial Board of Indiana.

Claim for compensation under the Workmen's Compensation Act by Myrtle Wootton Brazile against Peter Drolshagen, opposed by the United States Fidelity and Guaranty Company, insurance carrier. From the award made, the claimant appeals. *Affirmed.* By the court in banc.

*Otto J. Bruce* and *Foster Bruce,* for appellant.
*Joseph W. Hutchinson,* for appellees.

NICHOLS, C. J.—Reuben H. Wootton lost his life as the result of an accident which arose out of the course of his employment. He left as his only dependent, appellant, a sister. The only question presented for our consideration is as to whether the sister was wholly or partially dependent on the deceased for support.

The Industrial Board made an award of partial dependency. There was some evidence to sustain such an award. On the authority of *Radanovic* v. *Vermillion Coal Co.* (1925), *ante* 555, 149 N. E. 182, the award of the Industrial Board is affirmed.